New York Life Insurance Company, Appellant, v. Johar Realty Co., Inc., and Another, Respondents, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the order was granted upon an erroneous conception of equitable principles and without any warrant or justification in law. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frances K. Teplitz, Respondent, v. Municipal Management Corporation, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Brainard Avery and The New York Trust Company, as Successor Trustees, etc., Plaintiffs, v. Brainard Avery and Another, as Surviving Executors, etc., of Isabel Alexandria Crosby, Deceased, and Another, Defendants, Impleaded with M. George Thompson, as Administrator, etc., of Charles Wellington Crosby, Deceased, and Another, Respondents, and Walter Scott Free Industrial School for Crippled Children, Inc., Appellant.\*— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Anna Krasnomowitz for an Order Directing Harry L. Slobodin, an Attorney, to Pay over Certain Moneys.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Philip J. Flad, Appellant, v. F. Hecht & Co., Inc., Respondent. (Action No. 1.) — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Ira Haupt and Others, Appellants, for an Order Requiring Morris Rose, Respondent, to Submit Certain Differences between the Parties to Arbitration and Staying Said Morris Rose from Proceeding in an Action Heretofore Instituted by Him against Petitioners in the Supreme Court of the State of New York, County of New York.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Janet Cookingham, Respondent, v. Barton McCosh Cookingham, Appellant. — Order entered September 6, 1933, modified by allowing defendant to purge himself by payment of $100 per month, instead of the sum of $250, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. Order entered September 16, 1933, affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.